LOUIS A. LEONE, ESQ. (SBN: 099874)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:     (925) 974-8601
E-mail:lleone@leonealberts.com
          cleed@leonealberts.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT, OAKLAND UNIFIED SCHOOL DISTRICT POLICE DEPARTEMENT (erroneously sued as a separate entity); ERIC DUBOIS, ANA VASQUEZ, EMILIANO SANCHEZ, JAMES WILLIAMS, GARY YEE, JEFF GODOWN, and ANTWAN WILSON

RONALD CRUZ, ESQ. (SBN: 267038)
United for Equality and Affirmative Action Legal Defense Fund
1985 Linden Street
Oakland, CA 94607
Telephone:  (510) 384-8859
Facsimile:  (313) 586-0089
Email:  ronald.cruz@ueaa.net

Attorney for Plaintiff JONATHAN RODRIGUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RODRIGUEZ, by his next friend IGNACIO RODRIGUEZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>              Defendants. | **Case No.:   3:16-cv-00402**<br><br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT SCHEDULE** |

This Stipulation is entered, pursuant to Civil L.R. 7-12 and 16-2(e), between Plaintiff JONATHAN RODRIGUEZ and Defendants OAKLAND UNIFIED SCHOOL DISTRICT, ERIC DUBOIS, ANA VASQUEZ, EMILIANO SANCHEZ, JAMES WILLIAMS, GARY YEE, JEFF GODOWN, and ANTWAN WILSON (collectively the "Parties"). The Parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

The Parties have agreed to early mediation with retired United States District Court Judge Raul Ramirez, which is scheduled to occur on May 10, 2016, at Judge Ramirez's office in Sacramento. In light of the early mediation, the Parties previously stipulated to hold in abeyance formal discovery until after the mediation and further agreed that the deadline for Defendants' to file and serve responsive pleadings would be extended to June 1, 2016. ECF No. 17. The Court (Hon. Breyer) approved the Stipulation on March 21, 2016. ECF No. 19.

Given the upcoming mediation, the Parties further agree and respectfully request that the Initial Case Management Conference, currently scheduled to occur on April 22, 2016, (ECF No. 5), be rescheduled to occur on August 5, 2016, or on another date convenient for the Court during the month of August. Additionally, the Parties agree and request that the last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement be extended to July 29, 2016 or date selected by the court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Whereas, the Parties hereby stipulate and agree that the Initial Case Management Conference be rescheduled to occur on August 5, 2016, and that the last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement be extended to July 29, 2016.

IT IS HEREBY STIPULATED.

Dated:  April 11, 2016        **LEONE & ALBERTS**

_____/s/, *Seth L. Gordon*_____
LOUIS A. LEONE, ESQ.
SETH L. GORDON, ESQ.
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
ERIC DUBOIS, ANA VASQUEZ, EMILIANO
SANCHEZ, JAMES WILLIAMS, GARY YEE,
JEFF GODOWN, and ANTWAN WILSON

Dated:  April 11, 2016

_____/s/, *Ronald Cruz*_____
RONALD CRUZ, ESQ.
Attorney for Plaintiff
JONATHAN RODRIGUEZ

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated:  April 12, 2016      _____
HON. CHARLES R. BREYER
United States District Judge