LOUIS A. LEONE, ESQ. (SBN 099874)
SETH L. GORDON, ESQ. (SBN 262653)
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Tel:  (925) 974-8600
Fax:  (925) 974-8601
E-Mail:  lleone@leonealberts.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
OAKLAND UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT,
NOIL ANGELO, CARLTON JOHNSON, ERIC DUBOIS,
ANA VASQUEZ, EMILIANO SANCHEZ, JAMES WILLIAMS,
GARY YEE, JEFF GODOWN, ANTWAN WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RODRIGUEZ, by his next friend RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, a public entity, OAKLAND UNIFIED SCHOOL DISTRICT POLICE DEPARTMENT, a public entity, NOIL ANGELO, CARLTON JOHNSON, ERIC DUBOIS, ANA VASQUEZ, EMILIANO SANCHEZ, JAMES WILLIAMS, GARY YEE, JEFF GODOWN, ANTWAN WILSON, and DOES 1-10, in their individual and official capacities,<br><br>Defendants. | **Case No.: 3:16-cv-00402 CRB**<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL** |

IT IS HEREBY STIPULATED between plaintiff, Jonathan Rodriguez, through his attorneys of record, Scheff, Washington, & Driver, and Defendants, by and through

---

STIP AND ORDER RE DISMISSAL                                         Case No.:  3:16-cv-00402-CRB

1

their counsel of record, that the above-referenced action should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses and costs. The case has reached settlement.

IT IS SO STIPULATED:

Dated: August 16, 2016     **LEONE & ALBERTS**

By: /s/Louis A. Leone
    LOUIS A. LEONE, ESQ.
    CLAUDIA LEED, ESQ.
    Attorneys for Defendants
    BRENTWOOD UNION SCHOOL DISTRICT

Dated: August 16, 2016     **SCHEFF, WASHINGTON, & DRIVER**

By: /s/Ronald Cruz
    Ronald Cruz Esq.
    Attorneys for Plaintiff

IT IS SO ORDERED:

Dated: August 17, 2016
    HON. CHARLES BREYER
    UNITED STATES DISTRICT COURT JUDGE